# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2008

136231

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DOUGLAS DWIGHT LITTLE,
      Defendant-Appellant.

SC: 136231
COA: 282773
Wayne CC: 06-009858-FC

_____/

      On order of the Court, the application for leave to appeal the February 27, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would allow the defendant to withdraw his guilty plea.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2008

p0910

Clerk